FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAY -8 AM 11: 12
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID MARTIN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV 319-037 |
| WARDEN VANCE LAUGHLIN, | ) ) ) | |
| Respondent. | ) | |

**ORDER**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Fulton County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District. Plaintiff should be aware that all future filings in this case, including the response to the May 7, 2019 filing fee deficiency notice from the Clerk of Court, should be made with the Clerk, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

SO ORDERED this ___ day of May, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE